SUSIE DALRYMPLE, Respondent, v. FRANK C. FURLONG, Appellant. (Action No. 1.) REGINALD DALRYMPLE, Respondent, v. FRANK C. FURLONG, Appellant. (Action No. 2.) — Orders denying defendant's motion to dismiss the actions for lack of prosecution and granting plaintiffs' motions for leave to serve amended complaints affirmed, with ten dollars costs and disbursements. No opinion. Plaintiffs may serve the amended complaints within ten days from the entry of the order herein. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

DAVID DEITCH, an Infant, by SOL DEITCH, His Guardian ad Litem, and SOL DEITCH, Respondents, v. ALEX GREEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ALBERT DEVITO, an Infant, by FRANK DEVITO, His Guardian ad Litem, and Others, Respondents, v. GEORGE F. MANNER, Appellant.— Order denying motion to change the place of trial from Kings county to Orange county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

EAST RIVER SAVINGS BANK, Respondent, v. THE SAHOFF BUILDING COMPANY, INC., and Others, Defendants, and THE SAHOFF CORPORATION, Appellant.— Order granting plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. BELLA KUPFERMAN, Appellant, and SIMON LEHRER and Others, Defendants.— Order denying motion to set aside sale or to vacate the deficiency judgment, and order denying, on reargument, appellant's motion to amend her prayer for relief affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

PETER FAUSER, Respondent, v. MARY A. KLEIN, Individually and as Administratrix, etc., of WILLIAM KLEIN, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

GERTRUDE FERBER, Appellant, v. EMANUEL M. ABRAHAMSON, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the record clearly shows that the plaintiff is entitled to an examination of the defendant, the examination to proceed at the Special Term on five days' notice. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.